**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 01, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| *In re:* | § | |
| | § | |
| CHRISTOPHER WILLIAM HOSKINS, | § | Case No. 13-11965-hcm |
| | § | (Chapter 7) |
| *Debtor* | § | |

**ORDER APPROVING COMPROMISE AND SETTLEMENT AGREEMENT
BETWEEN CHRISTOPHER WILLIAM HOSKINS,
RIVER CITY AIR & ELECTRIC, INC., FRED W. HOSKINS, AND KEVIN HOSKINS**

On this day, CAME ON to be considered the Joint Application to Approve Compromise and Settlement Agreement Between Christopher William Hoskins, River City Air & Electric, Inc., Fred W. Hoskins, and Kevin Hoskins (hereinafter referred to as the "Joint Application"). The Court finds that appropriate notice has been given to all parties in interest, and that no written objections to the Joint Application have been filed.

Having considered the Joint Application, together with any evidence presented and the arguments of counsel, the Court finds that the proposed settlement between the Debtor, on one

1

hand, and River City Air & Electric, Inc., Fred Hoskins, and Kevin Hoskins (together, "Adversary Plaintiffs"), on the other hand, as more fully outlined in the Joint Application, is in the best interests of Debtor, the Adversary Plaintiffs, and the estate, and that it should in all things be approved.

IT IS THEREFORE ORDERED that the Joint Application is hereby APPROVED in all respects, and the proposed settlement of Adversary 14-01016, now pending in this Court, is hereby approved on the terms and conditions more fully stated in the Joint Application.

IT IS FURTHER ORDERED that the Debtor, Adversary Plaintiffs, and their respective counsel are hereby authorized, following the entry of this Order to do the following: 1) allow the delivery of the consideration by Intelligent Air Services, Inc., as stated in the Joint Application; 2) execute the Settlement Agreement with Mutual Releases, in substantially the form attached as Exhibit "A" to the Joint Application; and 3) execute and deliver any and all other documents the parties may deem necessary of appropriate to consummate the proposed settlement between the Debtor and Adversary Plaintiffs, as described in the Joint Application.

IT IS FURTHER ORDERED that upon delivery to Paul Kratzig, Esq. of the $17,500.00 settlement payment by Intelligent Air Services, Inc., and upon the full execution and delivery of the Settlement Agreement with Mutual Releases, both by the Debtor and Adversary Plaintiffs, the parties shall submit a motion and order dismissing Adversary Proceeding No. 14-01016, with prejudice as to all parties and all issues, including but not limited to any claims or causes of action against the Debtor under 11 U.S.C. §523 and 11 U.S.C. §727.

It is further ORDERED that all relief not specifically granted herein is denied.

# # #

**AGREED AS TO FORM AND CONTENT:**


 */s/ Racy L. Haddad*
Racy L. Haddad
State Bar No. 24041033
HADDAD LEGAL GROUP, P.C.
1250 S. Capital of Texas Highway
Building One, Suite 125
Austin, Texas 78746
Tel: (512) 347-7500
Fax: (512) 347-7501
***Attorney for River City Air & Electric, Inc., Fred W. Hoskins, and Kevin Hoskins***


 */s/ Leland P. McKeeman*
Leland P. McKeeman
State Bar No. 13700500
901 South Mopac
Building One, Suite 300
Austin, Texas 78746
Tel: (512) 329-2772
Fax: (512) 329-2773
***Attorney for River City Air & Electric, Inc., Fred W. Hoskins, and Kevin Hoskins***


*/s/ Ronald Simank*
Ronald Simank
State Bar No. 18359400
SCHAUER & SIMANK, P.C.
615 North Upper Broadway, Suite 700
Corpus Christi, Texas 78401
Tel: (361) 884-2800
Fax: (361) 884-2822
***Attorney for Christopher William Hoskins***

*/s/ Michael Baumer*
Michael Baumer
State Bar No. 01931920
LAW OFFICE OF MICHAEL BAUMER
7600 Burnet Road, Suite 530
Austin, Texas 78757
Tel: (512) 476-8707
Fax: (512) 476-8604
***Attorney for Christopher William Hoskins***

**Order prepared and submitted by:**

**Racy L. Haddad**
**State Bar No. 24041033**
**HADDAD LEGAL GROUP, P.C.**
**1250 S. Capital of Texas Highway**
**Building One, Suite 125**
**Austin, Texas 78746**
**Tel: (512) 347-7500**
**Fax: (512) 347-7501**

United States Bankruptcy Court
Western District of Texas

In re:  
Christopher William Hoskins  
    Debtor

Case No. 13-11965-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-1     User: boydl     Page 1 of 1     Date Rcvd: Feb 01, 2016  
                        Form ID: pdfintp     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2016.
```
db             Christopher William Hoskins,    8904 Balcones Dr,    Austin, TX   78750
              +SCHAUER & SIMANK, PC,    c/o Ronald Simank,    615 N Upper Broadway #700,
                Corpus Christi, TX 78401-0857
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2016                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2016 at the address(es) listed below:
```
          Frank B. Lyon    on behalf of Interested Party Leslie Elizabeth Wallace franklyon@me.com,
           chris@franklyon.com;frank@franklyon.com
          Kevin M. Maraist    on behalf of Creditor   First Community Bank kmaraist@albmlaw.com,
           smartin@albmlaw.com
          Leland P McKeeman    on behalf of Plaintiff Fred W. Hoskins lmckeeman@austin.rr.com
          Leland P McKeeman    on behalf of Creditor   River City Air & Eletric, Inc. (including
           predecessors) lmckeeman@austin.rr.com
          Leland P McKeeman    on behalf of Creditor Gary  Spitzer lmckeeman@austin.rr.com
          Leland P McKeeman    on behalf of Creditor Michael  Vogler lmckeeman@austin.rr.com
          Leland P McKeeman    on behalf of Creditor Fred  Hoskins lmckeeman@austin.rr.com
          Leland P McKeeman    on behalf of Creditor Ken  Ewald lmckeeman@austin.rr.com
          Leland P McKeeman    on behalf of Plaintiff Kevin  Hoskins lmckeeman@austin.rr.com
          Leland P McKeeman    on behalf of Creditor Kevin  Hoskins lmckeeman@austin.rr.com
          Leland P McKeeman    on behalf of Plaintiff   River City Air & Electric, Inc.
           lmckeeman@austin.rr.com
          Michael V. Baumer    on behalf of Defendant Christopher William Hoskins baumerlawnotices@gmail.com
          Michael V. Baumer    on behalf of Debtor Christopher William Hoskins baumerlawnotices@gmail.com
          Racy L Haddad    on behalf of Plaintiff   River City Air & Electric, Inc.
           racy@haddadlegalgroup.com,    dave@haddadlegalgroup.com
          Racy L Haddad    on behalf of Creditor Fred  Hoskins racy@haddadlegalgroup.com,
           dave@haddadlegalgroup.com
          Racy L Haddad    on behalf of Creditor Kevin  Hoskins racy@haddadlegalgroup.com,
           dave@haddadlegalgroup.com
          Racy L Haddad    on behalf of Plaintiff Fred W. Hoskins racy@haddadlegalgroup.com,
           dave@haddadlegalgroup.com
          Racy L Haddad    on behalf of Plaintiff Kevin  Hoskins racy@haddadlegalgroup.com,
           dave@haddadlegalgroup.com
          Racy L Haddad    on behalf of Creditor   River City Air & Eletric, Inc. (including predecessors)
           racy@haddadlegalgroup.com,    dave@haddadlegalgroup.com
          Randolph N Osherow    rosherow@hotmail.com,    rosherow@ecf.epiqsystems.com
          Sarah F. Berry    on behalf of Creditor   Standard Supply & Distributing Company, Inc.
           sarah@lpvlaw.com,    erika@lpvlaw.com;rita@lpvlaw.com;marc@carylippincott.com
          United States Trustee - AU12    ustpregion07.au.ecf@usdoj.gov
                                                                                             TOTAL: 22
```