### Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Christopher William Hoskins** | Social Security number or ITIN **xxx−xx−8225** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Western District of Texas**

Case number:  **13−11965−hcm**

## Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher William Hoskins

2/2/16

For the court:

*Yvette M Taylor*

Yvette M. Taylor
Clerk of the Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
Western District of Texas

In re:
Christopher William Hoskins
      Debtor

Case No. 13-11965-hcm
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: admin      Page 1 of 2      Date Rcvd: Feb 02, 2016
                    Form ID: 318      Total Noticed: 23

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2016.
db            Christopher William Hoskins,    8904 Balcones Dr,   Austin, TX  78750
cr           +First Community Bank,    416 N. Water St.,    Corpus Christi, TX 78401-2533
cr           +Standard Supply & Distributing Company, Inc.,    Sarah F. Berry,    Lippincott Phelan Veidt, PLLC,
               4009 Banister Lane, Suite 420,    Austin, TX 78704-0177
15974612      Border States Electric,   520 50th St.,   Lubbock, TX 79404
15974614     +Collection Bureau of America,   25954 Eden Landing Rd,   First Floor,   Hayward, CA 94545-3816
15992708     +First Community Bank,   c/o Kevin M. Maraist,   1001 Third St., Ste. 1,
               Corpus Christi, TX 78404-2356
15974615     +First Community Bank,    5406 Everhart Rd.,   Corpus Christi, TX 78411-4806
15974616     +Fleetone, LLC c/o Geoffrey Price,    6010 Balcones Dr. #100,    Austin, TX 78731-4270
15974617     +Fred Hoskins,    414 Thompson Lane,    Austin, TX 78742-2424
15974618     +Greak Law PC,    8008 Slide Rd. #30,    Lubbock, TX 79424-2828
15974619     +Law Office of Michael Baumer,    7600 Burnet Road, Suite 530,    Austin, TX 78757-1269
15974620      Leland McKeeman,    901 S. Mopac, Barton Oaks Plz 1, #300,    Austin, TX 78746
15974622     +River City Air & Electric, Inc.,    414 Thompson Lane,    Austin, TX 78742-2424
15989360     +Standard Supply & Distributing Co Inc.,    c/o Sarah F. Berry,    Lippincott Phelan Veidt, PLLC,
               4009 Banister Ln #420,    Austin, TX 78704-0177
15974625     +Travis County Clerk,    P.O. Box 149325,    Austin, TX 78714-9325
15974626     +Travis County District Clerk,    P.O. Box 679003,    Austin, TX 78767-9003
15974627     +Van Huseman,    615 N. Upper Broadway #2000,    Corpus Christi, TX 78401-0781
15974628     +Wes Hoskins,    308 Pebble Beach,    Portland, TX 78374-4004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRNOSHEROW.COM Feb 02 2016 23:33:00    Randolph N Osherow,    342 W Woodlawn, Suite 100,
               San Antonio, TX 78212-3314
ust           E-mail/Text: ustpregion07.au.ecf@usdoj.gov Feb 02 2016 23:49:07
               United States Trustee - AU12,    United States Trustee,    903 San Jacinto Blvd, Suite 230,
               Austin, TX 78701-2450
15974613     +EDI: CAPITALONE.COM Feb 02 2016 23:33:00    Capital One,    P.O. Box 30285,
               Salt Lake City, UT 84130-0285
15974623      E-mail/Text: jwest@ssdhvac.com Feb 02 2016 23:49:20    Standard Supply & Distribution Co, Inc.,
               1431 Regal Row,    Dallas, TX 75247-3617
15974624      E-mail/Text: dolores.futrell@twcable.com Feb 02 2016 23:49:58    Time Warner Cable Company,
               P.O. Box 85100,    Austin, TX 78708-5100
                                                                                   TOTAL: 5


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Fred Hoskins
cr            Gary Spitzer
cr            Ken Ewald
cr            Kevin Hoskins
cr            Michael Vogler
cr            River City Air & Eletric, Inc. (including predeces
15974621     ##+Lippincott, Phelan & Veidt,    700 Lavaca St. #1030,    Austin, TX 78701-3115
                                                                          TOTALS: 6, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2016                  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0542-1          User: admin               Page 2 of 2            Date Rcvd: Feb 02, 2016
                             Form ID: 318               Total Noticed: 23

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2016 at the address(es) listed below:
          Frank B. Lyon    on behalf of Interested Party Leslie Elizabeth Wallace franklyon@me.com,
           chris@franklyon.com;frank@franklyon.com
          Kevin M. Maraist    on behalf of Creditor   First Community Bank kmaraist@albmlaw.com,
           smartin@albmlaw.com
          Leland P McKeeman   on behalf of Creditor Kevin  Hoskins lmckeeman@austin.rr.com
          Leland P McKeeman   on behalf of Plaintiff   River City Air & Eletric, Inc.
           lmckeeman@austin.rr.com
          Leland P McKeeman   on behalf of Plaintiff Fred W. Hoskins lmckeeman@austin.rr.com
          Leland P McKeeman   on behalf of Creditor    River City Air & Eletric, Inc. (including
           predecessors) lmckeeman@austin.rr.com
          Leland P McKeeman   on behalf of Creditor Gary  Spitzer lmckeeman@austin.rr.com
          Leland P McKeeman   on behalf of Creditor Michael  Vogler lmckeeman@austin.rr.com
          Leland P McKeeman   on behalf of Creditor Fred  Hoskins lmckeeman@austin.rr.com
          Leland P McKeeman   on behalf of Creditor Ken  Ewald lmckeeman@austin.rr.com
          Leland P McKeeman   on behalf of Plaintiff Kevin  Hoskins lmckeeman@austin.rr.com
          Michael V. Baumer   on behalf of Debtor Christopher William Hoskins baumerlawnotices@gmail.com
          Michael V. Baumer   on behalf of Defendant Christopher William Hoskins baumerlawnotices@gmail.com
          Racy L Haddad   on behalf of Plaintiff Kevin  Hoskins racy@haddadlegalgroup.com,
           dave@haddadlegalgroup.com
          Racy L Haddad    on behalf of Creditor   River City Air & Eletric, Inc. (including predecessors)
           racy@haddadlegalgroup.com,  dave@haddadlegalgroup.com
          Racy L Haddad   on behalf of Plaintiff   River City Air & Eletric, Inc.
           racy@haddadlegalgroup.com,  dave@haddadlegalgroup.com
          Racy L Haddad   on behalf of Creditor Fred  Hoskins racy@haddadlegalgroup.com,
           dave@haddadlegalgroup.com
          Racy L Haddad    on behalf of Creditor Kevin  Hoskins racy@haddadlegalgroup.com,
           dave@haddadlegalgroup.com
          Racy L Haddad   on behalf of Plaintiff Fred W. Hoskins racy@haddadlegalgroup.com,
           dave@haddadlegalgroup.com
          Randolph N Osherow    rosherow@hotmail.com,  rosherow@ecf.epiqsystems.com
          Sarah F. Berry   on behalf of Creditor   Standard Supply & Distributing Company, Inc.
           sarah@lpvlaw.com,  erika@lpvlaw.com;rita@lpvlaw.com;marc@carylippincott.com
          United States Trustee - AU12   ustpregion07.au.ecf@usdoj.gov
                                                                                     TOTAL: 22